BESS W. DUTCH, APPELLANT, V. DOUGLAS B. WELPTON ET AL., APPELLEES.

FILED JULY 17, 1930. No. 27320.

*Beeler, Crosby & Baskins, L. A. DeVoe* and *C. J. Thurston,* for appellant.

*Halligan, Beatty & Halligan* and *C. E. Herring, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Douglas county under a trust agreement executed by Hester Welpton and Welpton Investment Company. The trial court found for defendants and dismissed plaintiff's action. Plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.